**Otto PASTOR, Plaintiff–Appellant,**

v.

**UNION CENTRAL LIFE INSURANCE COMPANY, Defendant–Appellee.**

**No. 04–12280.**

**D.C. Docket No. 01–03993–CV–ASG.**

United States Court of Appeals, Eleventh Circuit.

May 2, 2005.

Brenton Ver Ploeg, Brenton N. Ver Ploeg, P.A., and Stephen A. Marino, Jr., Ver Ploeg & Lumpkin, P.A., Miami, FL, for Plaintiff–Appellant.

Jerel C. Dawson, Stephen Trivett Maher, Shutts & Bowen LLP, Keith D. Post, and William J. Gallwey, III, Gallwey, Gillman, et al., Miami, FL, for Defendant–Appellee.

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM.

**AFFIRMED.** *See* 11th Cir. R. 36–1.[1]

---

1. 11th Cir. R. 36–1 provides:
   When the court determines that any of the following circumstances exist:
   (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
   (b) the evidence in support of a jury verdict is sufficient;
   (c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
   (d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
   (e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value;
   the judgment or order may be affirmed or enforced without opinion.